IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

APEX COLLISION CENTER CLOVIC, LP,

    Plaintiff,

v.                                                                No. CV 21-841 WJ/CG

SECURITY NATIONAL INSURANCE
COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, January 4, 2022, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

                                                            THE HONORABLE CARMEN E. GARZA
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE