## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

APEX COLLISION CENTER CLOVIC, LP,

    Plaintiff,

v.                                                  No. CV 21-841 WJ/CG

SECURITY NATIONAL INSURANCE
COMPANY,

    Defendant.

### ORDER EXTENDING DEADLINE TO AMEND PLEADINGS AND JOIN PARTIES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Scheduling Order Deadlines to Amend Pleadings and Join Parties* (the "Motion"), (Doc. 22), filed November 18, 2021. In the Motion, the parties request a sixty-day extension of the deadlines to amend the pleadings and join additional parties because "Plaintiff has identified a potential party but does not have sufficient discovery to evaluate whether that party is necessary for this litigation." *Id.* at 1. Plaintiff and Defendant "agree[] that this potential party issue will likely be resolved with additional discovery and [] agree[] that the most efficient solution is to extend the pleadings and joinder deadline." *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling-related orders listed above shall be modified as follows:

1. Plaintiff shall amend pleadings or join any parties by **January 21, 2022**;
2. Defendant shall amend pleadings or join any parties by **February 10, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 20), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE