IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

APEX COLLISION CENTER CLOVIC, LP,

    Plaintiff,

v.                                       No. CV 21-841 WJ/CG

SECURITY NATIONAL INSURANCE
COMPANY,

    Defendant.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on Plaintiff's *Motion to Amend Original Complaint* (the "Motion"), (Doc. 27), filed January 7, 2022. In the Motion, Plaintiff states that, in amending the Complaint, it seeks "to clarify the facts and theories upon which the original counts . . . were based." *Id.* at 1. Plaintiff indicates that Defendant does not oppose the Motion. *Id.* at 5. The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Amend Original Complaint*, (Doc. 27), is **GRANTED**. Plaintiff shall file the proposed amended complaint by no later than **January 20, 2022**.

    **IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE