# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

APEX COLLISION CENTER CLOVIS, LP,

    Plaintiff,

v.                                                         No. CV 21-841 WJ/CG

SECURITY NATIONAL INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY

**THIS MATTER** is before the Court upon the parties' *Joint Motion to Stay Discovery Pending Disposition of Rule 56 Motion for Summary Judgment* (Doc. 34), (the "Motion"), filed February 1, 2022. In the Motion, the parties explain that Defendant's *Motion for Summary Judgment*, (Doc. 24), if granted, will dispose of the case in its entirety. (Doc. 34 at 2). The parties further explain that fact discovery will not assist the Court's determination of the *Motion for Summary Judgment* because the issues are legal, not factual, and a stay of discovery would also not prejudice the parties. *Id*. As such, the parties ask that the Court stay discovery pending a ruling on the *Motion for Summary Judgment*. *Id*. The Court, having considered the Motion and noting it is filed jointly, finds good cause to stay discovery in this matter.

**IT IS THEREFORE ORDERED** that all discovery and case deadlines shall be stayed pending a ruling on Defendant's *Motion for Summary Judgment*, (Doc. 24). **December 15, 2021**.

    **IT IS SO ORDERED**.

_____

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE