# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| APEX COLLISION CENTER CLOVIS, LP, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No.** |
| | § | **2:21-cv-00841-DHU-JHR** |
| SECURITY NATIONAL INSURANCE | § | |
| COMPANY, | § | |
|    *Defendant.* | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff APEX COLLISION CENTER CLOVIS, LP and Defendant Security National Insurance Company (collectively, "the Parties") have reached a settlement in this matter. The Parties anticipate they will have the settlement agreement executed and a motion for non-suit with prejudice filed within thirty (30) days from today. Accordingly, the Parties ask that all pending deadlines be removed from the Court's docket and the jury trial be dismissed.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

*/s/ Mary-Ellen King*
Stephanie M. Krueger
One Riverway
Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
skrueger@thompsoncoe.com

J. Richard Harmon
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
rharmon@thompsoncoe.com
Admitted Pro Hac Vice

        Mary-Ellen King
        2801 Via Fortuna, Suite 300
        Austin Texas 78746
        Telephone: (512) 827-2305
        mking@thompsoncoe.com
        Admitted Pro Hac Vice
        **ATTORNEYS FOR DEFENDANT SECURITY NATIONAL INSURANCE COMPANY**

        AND

        */s/ Brent Hamilton (with permission)*
        Brent Hamilton
        Brady & Hamilton
        1602 13th Street
        Lubbock, Texas 79401
        Telephone: (806) 771-1850
        Facsimile: (806) 771-3750
        **ATTORNEY FOR PLAINTIFF, APEX COLLISION CENTER CLOVIS, LP**

## **CERTIFICATE OF SERVICE**

I hereby certify by my signature above that on April 19, 2024, a true and correct copy of the foregoing document was electronically filed with the Court using the Case Management/Electronic Case Files and serve same upon all known parties.

Brent Hamilton
Brady & Hamilton
1602 13th Street
Lubbock, Texas 79401
Telephone: (806) 771-1850
Facsimile: (806) 771-3750
**ATTORNEY FOR PLAINTIFF,**
**APEX COLLISION CENTER CLOVIS, LP**

        */s/ Mary-Ellen King*
        Mary-Ellen King