# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **APEX COLLISION CENTER CLOVIS, LP,** § § §<br>　　Plaintiff, § §<br>v. § §<br>**SECURITY NATIONAL INSURANCE COMPANY,** § §<br>　　Defendant. § | **CIVIL ACTION NO. 2:21-CV-00841-DHU-JHR** |

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE